IN THE MATTER OF THE PETITION OF HELEN E. LITTLE TO VACATE AN ASSESSMENT FOR PAVING TWENTY-FIRST STREET, BETWEEN FOURTH AND FIFTH AVENUES, IN THE CITY OF NEW YORK.

*Assessment — motion to vacate must be made by owner — what proof not sufficient to establish ownership.*

Upon this application to vacate an assessment, the only proof as to the ownership of lots assessed was the following statement contained in the affidavit of the petitioner: That, " at the time of the confirmation of the above named assessment, on the 3d of May, 1870, she was and still is held liable for the payment of the assessment imposed on lot mentioned and described in said petition by ward number 5,402." *Held*, that this proof was inadequate to show any right, on the part of the petitioner, to institute the proceedings to vacate the assessment. *Matter of Phillips* (9 N. Y. S. C. Rep. [2 Hun], 212) followed.

APPEAL from an order made at the Special Term vacating an assessment.

*William Barnes,* for the appellant.

*Neville & Andrews,* for the respondent.

Opinions by DAVIS, P. J., and LAWRENCE, J.

DANIELS, J., concurred with DAVIS, P. J.

LAWRENCE, J., dissented.

Order reversed, with ten dollars costs and disbursements, and petition denied, with ten dollars costs.